■ PROVIDENZE GIACALONE, Appellant, v CITY OF NEW YORK et al., Respondents. — Order of the Supreme Court, Queens County (Buschmann, J.), dated September 2, 1982, affirmed, without costs or disbursements. (See *Chu v Chicago Tit. Ins. Co.,* 89 AD2d 574.) Lazer, J. P., O'Connor, Bracken and Brown, JJ., concur.